IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RUBEN JOHNATHAN MORGAN, | ) | |
| AIS # 328720, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:23-cv-156-ECM |
| | ) | |
| DENNIS GREEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On May 25, 2023, the Magistrate Judge entered a Recommendation (doc. 9) to which no timely objections have been filed.  After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 1404(a).

Done this 30th day of June, 2023.

_____/s/ Emily C. Marks_____
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE